IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BLUEBELL BUSINESS LTD.
*Plaintiff*,

v.

MICHAEL SCOTT JONES
*Defendant.*

Civil Action No. ELH-21-953

**ORDER**

On April 16, 2021, plaintiff Bluebell Business Ltd. ("Bluebell") filed in this Court a motion for leave to appeal an order entered by the United States Bankruptcy Court for the District of Maryland.  ECF 1 (the "Motion").  In particular, Bluebell appealed the Bankruptcy Court's "Order Granting Sanctions Against the Plaintiff for Violating the Automatic Stay," which was entered by that court on April 1, 2021 (the "April 1 Order").  *See* ECF 1-2.

After filing the Motion with this Court, Bluebell filed with the Bankruptcy Court a "Motion to Alter or Amend the April 1 Order."  ECF 4-1.  And, by Order of June 7, 2021, the Bankruptcy Court granted Bluebell's "Motion to Alter," thereby vacating the April 1 Order.  ECF 9-1 ("June 7 Order").

In light of the June 7 Order, I directed Bluebell to file a status report advising the Court, *inter alia*, as to whether the Motion is now moot, and whether this case may be closed.  ECF 12. Bluebell thereafter filed a status report advising that "the present appeal is moot and may be dismissed accordingly."  ECF 13.

Pursuant to ECF 13, the appeal is **DISMISSED** as moot.  The Clerk is directed to CLOSE the case.

-2-

**SO ORDERED** this 19th day of August, 2021, by the United States District Court for the

District of Maryland.

_____/s/_____
Ellen Lipton Hollander
United States District Judge